ARTHUR C. VEATCH, Respondent, *v.* HEWLETT R. SMITH et al., Defendants, and JOSEPH A. BRODERICK, Appellant.

(Submitted October 2, 1933; decided October 10, 1933.)

*George A. Spiegelberg* for motion.

*John J. Kuhn* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.